UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DONNA MARIE DEAN,

        Defendant.
                                   /

NO. CR. S-03-115 LKK

O R D E R

    The court is in receipt of defendant's motion to re-calculate credits. Defendant's counsel has failed to provide the court with points and authorities supporting the notion that this court has the authority to re-calculate credits. Accordingly, the motion DENIED.

    IT IS SO ORDERED.

    DATED: September 20, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT