PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:03CR00115-04** |
| ) | |
| **Donna Marie DEAN** ) | |
| ) | |

On August 5, 2003, the above-named was placed on supervised release for a period of three years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:      December 18, 2007
                  Sacramento, California
                  KMM:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                                **KYRIACOS M. SIMONIDIS
                                Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Donna Marie DEAN**
**Docket Number:   2:CR03CR00115-04**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Donna Marie Dean be discharged from supervised release, and that the proceedings in the case be terminated.

<u>January 2, 2008</u>
**Date**

**HONORABLE LAWRENCE K. KARLTON**
**Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG